IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                            CRIMINAL NO. 4:09cr20WHB-LRA

ROBBIE L. TIMS

ORDER DISMISSING INDICTMENT

BY LEAVE OF COURT endorsed hereupon, the Court grants the government's motion to dismiss the indictment in the above reference cause number without prejudice.

SO ORDERED, this the 15th day of April, 2010.

                                        s/William H. Barbour, Jr.
                                        WILLIAM H. BARBOUR, JR
                                        United States District Judge